TRB Acquisition LLC v Yedid
2026 NY Slip Op 03651
June 9, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

TRB Acquisition LLC, et al., Plaintiffs-Appellants,
v
Jack Yedid, Defendant-Respondent.

Decided and Entered: June 09, 2026
Index No. 651160/21|Appeal No. 6852|Case No. 2024-07246|
Before: Webber, J.P., Gesmer, Mendez, Rodriguez, Hagler, JJ.

Hogan Lovells US LLP, New York (James L. Bernard of counsel), for appellants.

[*1]
Order, Supreme Court, New York County (Jennifer G. Schecter, J.), entered November 21, 2024, which granted defendant's motion for attorneys' fees, unanimously reversed, on the law, without costs, the motion denied, and the award vacated.
In light of this Court's holding in TRB Acquisitions LLC v Yedid, 239 AD3d 578 [1st Dept 2025]), the motion court's order awarding defendant attorneys' fees in the amount of $350,000 is reversed and vacated. In TRB Acquisitions LLC, this Court reinstated plaintiffs' complaint and expressly held that defendant was not entitled to attorneys' fees, as plaintiffs' action was not a strategic lawsuit against public participation (see id. at 579-580).
Plaintiffs' request to have this matter reassigned to a different justice is unpreserved for review, as they failed to seek such relief from the motion court (see Isaly v Garde, 216 AD3d 594, 596 [1st Dept 2023], lv dismissed 40 NY3d 1088 [2024]).
In any event, plaintiffs present no factual basis to demonstrate that the court had a predetermined outcome in mind when rendering its decision (see Matter of Skarlith G. v Guelvis J.C., 184 AD3d 470, 471 [1st Dept 2020]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 9, 2026